No. 1167. MOODY ET AL. *v.* TOOLE COUNTY IRRIGATION DISTRICT. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit de-

nied. *Mr. W. Coburn Cook* for petitioners. *Mr. Louis P. Donovan* for respondent.